| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 20CR02251-001-DMS |
| | DOCKET NUMBER (Rec. Court) |
| | 2:25-cr-00238-JCM-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cynthia Marie McCandless<br>District of Nevada | Southern California | San Diego |
| ✓ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>AUG 05 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMj DEPUTY | NAME OF SENTENCING JUDGE<br>Dana M. Sabraw<br>U.S. District Judge | |
| | DATES OF Supervised Release | FROM 04/12/2023 — TO 04/11/2026 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. McCandless has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 1, 2025
Date

Dana M. Sabraw
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 6, 2025
Effective Date

United States District Judge

bsc
6582991

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Cynthia Marie McCandless
Case No.: TO BE DETERMINED

**REQUESTING ACCEPTANCE OF JURISDICTION**

August 4, 2025

TO:   United States District Judge

On January 20, 2023, Cynthia McCandless was sentenced in the Southern District of California by the Honorable Dana M. Sabraw to a term of 12 months and a day imprisonment followed by a term three (3) years' supervised release for committing the offense of Importation of Methamphetamine, a Class C Felony. On April 12, 2023, McCandless commenced her term of supervised release in the District of Nevada.

McCandless has no intention of returning to the Southern District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by their signature on the attached Transfer of Jurisdiction form (Prob 22), Judge Dana M. Sabraw has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2025.08.05 07:43:55 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.08.04 15:59:25 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer